No. 87–705.   UNION PACIFIC RAILROAD CO. ET AL. *v.* ENERGY TRANSPORTATION SYSTEMS, INC., ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 87–707.   JOHNSON *v.* ALABAMA.   Ct. Crim. App. Ala. Certiorari denied.

No. 87–709.   TRUDEAU ET AL. *v.* WISCONSIN.   Sup. Ct. Wis. Certiorari denied.

No. 87–713.   ANDRIJEVIC, AKA ANDRIE *v.* KELLERAN ET AL. C. A. 2d Cir.   Certiorari denied.

No. 87–715.   TUFFORD, DBA B & L PAWNSHOP *v.* DURGAN. Super. Ct. Alaska, 4th Jud. Dist.   Certiorari denied.

No. 87–722.   DODD, ADMINISTRATRIX OF THE ESTATE OF DODD *v.* CITY OF NORWICH ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 87–724.   RIDDLE *v.* NORTH CAROLINA.   Ct. App. N. C. Certiorari denied.

No. 87–726.   DELAWARE COUNTY PRISON BOARD OF INSPECTORS *v.* HYNSON, A MINOR, BY AND THROUGH HER GRANDPARENT AND GUARDIAN, HYNSON, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 87–729.   BARIENT, INC., ET AL. *v.* LEWMAR MARINE, INC. C. A. Fed. Cir.   Certiorari denied.

No. 87–732.   WHEELER ET AL. *v.* COMMISSIONER OF HIGHWAYS OF KENTUCKY.   C. A. 6th Cir.   Certiorari denied.

No. 87–733.   ARENBURG *v.* FARMHOLME, INC., ET AL.   App. Ct. Conn.   Certiorari denied.

No. 87–738.   GUARINO *v.* NEW YORK.   App. Div., Sup. Ct. N. Y., 1st Jud. Dept.   Certiorari denied.